**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alan Cruz Arenas-Cervantes**<br>YOB: 1995; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06218MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1:  On or about May 29, 2026, at or near Douglas, in the District of Arizona, **Alan Cruz Arenas-Cervantes**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on September 15, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2:  On or about May 29, 2026, at or near Douglas, in District of Arizona, **Alan Cruz Arenas-Cervantes**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Alan Cruz Arenas-Cervantes** is a citizen of Mexico.  On September 15, 2025, **Alan Cruz Arenas-Cervantes** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona.  On May 29, 2026, agents found **Alan Cruz Arenas-Cervantes** in the United States at or near Douglas, Arizona without the proper immigration documents. **Alan Cruz Arenas-Cervantes** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Alan Cruz Arenas-Cervantes** admitted to illegally entering the United States of America from Mexico on or about May 29, 2026, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Eric R. Wood<br>Border Patrol Agent |
|---|---|

Sworn by telephone  __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 1, 2026 |
|---|---|

[1]    See Federal Rule of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins